Fran M. Jacobs
Richard T. Apiscopa
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036
(212) 692-1000
Attorneys for Plaintiff Reliance

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL F. CONSEDINE, Insurance
Commissioner of the Commonwealth of
Pennsylvania, in his official capacity as Liquidator
of Reliance Insurance Company,

                Plaintiff,

     -against-

PEPSICO, INC.,

                Defendant.
-------------------------------------------------------------X

Case No. 14-CV-02238

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Michael F. Consedine is the Insurance Commissioner of the Commonwealth of Pennsylvania and brings this action in his official capacity as Liquidator of Reliance Insurance Company. Reliance Insurance Company is a Pennsylvania corporation (in liquidation) with its principal place of business in Philadelphia, Pennsylvania. Reliance Insurance Company is the successor by merger to Reliance National Insurance Company ("Reliance National") and Reliance National Indemnity Company ("RN Indemnity"). Reliance National was an insurance company with a statutory home office in Wilmington, Delaware and an administrative office in New York, New York. RN Indemnity (formerly known as Planet Insurance Company) was an insurance company with a statutory home office in Madison, Wisconsin and an administrative

office in New York, New York. Reliance National and RN Indemnity were merged into Reliance Insurance Company effective March 6, 2001 and February 13, 2001, respectively.

By order of the Commonwealth Court of Pennsylvania, dated October 3, 2001, M. Diane Koken, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, was appointed Statutory Liquidator of Reliance Michael F. Considine is a successor to M. Diane Koken.

No publically held company directly owns more than 10% of the stock of Reliance Insurance Company.

Dated: New York, New York
       March 31, 2014

                                    DUANE MORRIS LLP

                                    By *Fran M. Jacobs*
                                          Fran M. Jacobs
                                          Richard T. Apiscopa
                                    1540 Broadway
                                    New York, New York 10036
                                    (212) 692-1066
                                    Attorneys for Plaintiff

DM1\4555138.1