Karas, J. PR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL F. CONSEDINE, Insurance
Commissioner of the Commonwealth of
Pennsylvania, in his official capacity as Liquidator
of Reliance Insurance Company,

              Plaintiff,

-against-

PEPSICO, INC.,

              Defendant.
-----------------------------------------------------------X

Case No. 14-cv-02238-KMK

**STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties that the Defendant's time to respond to the Complaint shall be extended to and including May 22, 2014. Defendant further agrees to waive Personal Jurisdiction and Service of Process as affirmative defenses.

Faxed and emailed copies of this stipulation shall be deemed as original.

Dated: New York, New York
April 22, 2014

MICHAEL F. CONSEDINE, Insurance
Commissioner of the Commonwealth of
Pennsylvania, in his official capacity as
Liquidator of Reliance Insurance Company,

By: _____
Fran M. Jacobs, Esq.
Richard T. Apiscopa, Esq.
Duane Morris, LLP
1540 Broadway
New York, New York 10036
(212) 692-1000
fmjacobs@duanemorris.com
rtapiscopa@duanemorris.com

Attorneys for Plaintiff

PepsiCo, Inc.,

By: _____
Charles S. Biener, Esq.
PepsiCo, Inc.
700 Anderson Hill Road
Purchase, New York 10577
(914) 253-3544
Charles.biener@pepsico.com

Attorney for Defendant

SO ORDERED
_____
U.S.D.J.

April 23, 2014
White Plains NY