UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL F. CONSEDINE, Insurance Commissioner of the Commonwealth of Pennsylvania, in his official capacity as Liquidator of Reliance Insurance Company,<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>PEPSICO, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 14-cv-2238 (KMK)<br>)<br>)<br>)<br>)<br>) |

**APPEARANCE OF COUNSEL**

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant PepsiCo, Inc.

Date:  May 14, 2014                                Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/  Lisa M. Cirando*

　　　　　　　　　　　　　　　　　　　　　　Lisa M. Cirando
　　　　　　　　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　　　　　　　222 East 41st Street
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　　　　　　　(212) 326-3770
　　　　　　　　　　　　　　　　　　　　　　lmcirando@jonesday.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant PepsiCo, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail on all counsel who are not served through the CM/ECF system.

                                                  */s/ Lisa M. Cirando*
                                                  Lisa M. Cirando