UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL F. CONSEDINE, Insurance Commissioner of the Commonwealth of Pennsylvania, in his official capacity as Liquidator of Reliance Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>PEPSICO, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 14-cv-2238 (KMK)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT PEPSICO, INC.'S  7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant PepsiCo, Inc., states that they have no parent corporation and that no publicly held corporation owns ten percent (10% ) or more of its stock.

Date:  May 14, 2014                                                 Respectfully submitted,

                                                                                  /s/  Lisa M. Cirando

                                                                                 Peter D. Laun
                                                                                 Lisa M. Cirando
                                                                                 JONES DAY
                                                                                 222 East 41st Street
                                                                                 New York, NY 10017
                                                                                 (212) 326-3770
                                                                                 pdlaun@jonesday.com
                                                                                 lmcirando@jonesday.com

                                                                                 *Attorneys for Defendant PepsiCo, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail on all counsel who are not served through the CM/ECF system.

                                                              */s/ Peter D. Laun*
                                                              Peter D. Laun