# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL F. CONSEDINE, Insurance Commissioner of the Commonwealth of Pennsylvania, in his official capacity as Liquidator of Reliance Insurance Company,<br><br>  Plaintiff,<br><br>  v.<br><br>PEPSICO, INC.,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 14-cv-2238 (KMK)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that the address for the undersigned has changed and is now Jones Day, 222 East 41st Street, New York, New York 10017. Phone 212-326-3770, Fax 212-755-7306

Date: <u>May 14, 2014</u>                                Respectfully submitted,

                                                                          <u>/s/  Lisa M. Cirando                        </u>

                                                                          Lisa M. Cirando
                                                                          JONES DAY
                                                                          222 East 41st Street
                                                                          New York, NY 10017
                                                                          (212) 326-3770
                                                                          lmcirando@jonesday.com

                                                                          *Attorneys for Defendant PepsiCo, Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail on all counsel who are not served through the CM/ECF system.

                                                                                            /s/ Lisa M. Cirando
                                                                                            Lisa M. Cirando