UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------

Michael F. Consedine

                          Plaintiff,

        -against-

Pepsico, Inc.

                          Defendant.

Case No.  7:14-CV-02238-KMK

---------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

### Lisa M. Cirando

FILL IN ATTORNEY NAME

My SDNY Bar Number is: LC-1916          My State Bar Number is 2790582

I am,

[✔] An attorney

[ ] A Government Agency attorney

[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Orrick Herrington
                   FIRM ADDRESS: 666 Fifth Avenue
                   FIRM TELEPHONE NUMBER: 212-506-5157
                   FIRM FAX NUMBER: 212-506-5151

NEW FIRM:     FIRM NAME: Jones Day
                   FIRM ADDRESS: 222 East 41st Street
                   FIRM TELEPHONE NUMBER: 212-326-3770
                   FIRM FAX NUMBER: 212-755-7306

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: May 21, 2014

s/Lisa M. Cirando

ATTORNEY'S SIGNATURE