# JONES DAY

500 GRANT STREET, SUITE 4500 • PITTSBURGH, PENNSYLVANIA 15219.2514

TELEPHONE: +1.412.391.3939 • FACSIMILE: +1.412.394.7959

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Direct Number: (412) 394-7930
pdlaun@JonesDay.com

JP780931/1286570
962919-005016

June 4, 2014

**VIA FACSIMILE (914) 390-4152**

**MEMO ENDORSED**

Hon. Kenneth M. Karas
United States District Court for the Southern District
 of New York (White Plains Division)
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

> Re: Michael F. Consedine, Insurance Commissioner of the Commonwealth of
> Pennsylvania, as Liquidator for Reliance Insurance Company v. PepsiCo, Inc.,
> Civil Action No.: 14-CV-2238

Dear Judge Karas:

We represent PepsiCo, the defendant in the above-referenced action. The Court scheduled a pre-motion conference in this matter on June 23 at 2:00 p.m. Unfortunately, I will be out of the country that day and the rest of that week. As such, I respectfully request that the Court reschedule the conference for a different date. For the convenience of the Court, I have conferred with counsel for the plaintiffs, Fran Jacobs, to identify dates close in time to June 23 when we are both available. Those dates are June 20, June 30, July 8, July 10, and July 11. If one of these dates is not convenient for the Court, we of course will do our best to accommodate the Court's preference.

I appreciate the Court's consideration regarding scheduling.

Very truly yours,

Peter D. Laun

*The June 23 conference is adjourned to July 10, 2014, at 3:30*

*So Ordered.*
*KMK*
*6/5/14*

cc: Fran M. Jacobs, Esq. (via email)

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON