UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL F. CONSEDINE, Insurance
Commissioner of the Commonwealth of
Pennsylvania, in his official capacity as Liquidator
of Reliance Insurance Company,

                       14-cv-02238 (KMK)

             Plaintiff,           NOTICE OF VOLUNTARY
                              DISMISSAL WITHOUT
   -against-                     PREJUDICE UNDER
                              FED. R. CIV. P. 41(A)(1)(A)(I)

PEPSICO, INC.,

             Defendant.
-------------------------------------------------------------X

      PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, defendant having not yet served an answer to the complaint or motion for summary judgment in the above-entitled action, plaintiff hereby dismisses the above-entitled action without prejudice.

Dated: New York, New York
       July 3, 2014

                                      DUANE MORRIS LLP

                                      By  /s/ Fran M. Jacobs
                                          Fran M. Jacobs
                                          Richard T. Apiscopa
                                     1540 Broadway
                                     New York, New York 10036
                                     (212) 692-1000
                                     Attorneys for Plaintiff

TO:   JONES DAY
       222 East 41st Street
       New York, NY 10017
       (212) 326-3770
       Attorneys for Defendant

DM1\4863662.1