| | Duane Morris® | |
|---|---|---|
| NEW YORK | | BALTIMORE |
| LONDON | | WILMINGTON |
| SINGAPORE | | MIAMI |
| PHILADELPHIA | FIRM and AFFILIATE OFFICES | BOCA RATON |
| CHICAGO | | PITTSBURGH |
| WASHINGTON, DC | | NEWARK |
| SAN FRANCISCO | FRAN M. JACOBS | LAS VEGAS |
| SILICON VALLEY | DIRECT DIAL: 212.692.1060 | CHERRY HILL |
| SAN DIEGO | PERSONAL FAX: +1 212 202 6413 | LAKE TAHOE |
| BOSTON | E-MAIL: fmjacobs@duanemorris.com | MYANMAR |
| HOUSTON | | OMAN |
| LOS ANGELES | www.duanemorris.com | A GCC REPRESENTATIVE OFFICE |
| HANOI | | OF DUANE MORRIS |
| HO CHI MINH CITY | | |
| ATLANTA | | MEXICO CITY |
| | | ALLIANCE WITH |
| | | MIRANDA & ESTAVILLO |

July 3, 2014

BY ECF FILING AND FEDEX

Hon. Kenneth M. Karas
United States District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

    Re:    <u>Consedine v. PepsiCo, Inc.  (14 CV 2238)</u>

Dear Judge Karas:

    I am writing on behalf of plaintiff Michael F. Consedine, Insurance Commissioner of the Commonwealth of Pennsylvania, in his capacity as Liquidator of Reliance Insurance Company ("Plaintiff"), to advise the Court that Plaintiff has voluntarily dismissed the above-entitled action without prejudice.  A copy of the Notice of Voluntary Dismissal is enclosed.

    A pre-motion conference relating to defendant's proposed motion to dismiss is scheduled to be held at 3:30 P.M. on July 10, 2014.  Based on the dismissal of the action, the conference is no longer necessary and should be removed from Your Honor's calendar.

                                    Respectfully,

                                    Fran M. Jacobs

Encl.
cc:    Peter Laun, Esq.  (By ECF)
        Lisa M. Cirando, Esq.  (By ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MICHAEL F. CONSEDINE, Insurance
Commissioner of the Commonwealth of
Pennsylvania, in his official capacity as Liquidator
of Reliance Insurance Company,

               14-cv-02238 (KMK)

         Plaintiff,

               NOTICE OF VOLUNTARY
               DISMISSAL WITHOUT
   -against-               PREJUDICE UNDER
               FED. R. CIV. P. 41(A)(1)(A)(I)

PEPSICO, INC.,

         Defendant.
------------------------------------------------------------X

      PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, defendant having not yet served an answer to the complaint or motion for summary judgment in the above-entitled action, plaintiff hereby dismisses the above-entitled action without prejudice.

Dated: New York, New York
       July 3, 2014

                                      DUANE MORRIS LLP

                                      By /s/ Fran M. Jacobs
                                         Fran M. Jacobs
                                         Richard T. Apiscopa
                                      1540 Broadway
                                      New York, New York 10036
                                      (212) 692-1000
                                      Attorneys for Plaintiff

TO:   JONES DAY
       222 East 41st Street
       New York, NY 10017
       (212) 326-3770
       Attorneys for Defendant

DM1\4863662.1