```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL F. CONSEDINE, Insurance
Commissioner of the Commonwealth of
Pennsylvania, in his official capacity as Liquidator
of Reliance Insurance Company,

                    Plaintiff,

      -against-

PEPSICO, INC.,

                   Defendant.
-----------------------------------------------------------X

14-cv-02238 (KMK)

NOTICE OF VOLUNTARY
DISMISSAL WITHOUT
PREJUDICE UNDER
FED. R. CIV. P. 41(A)(1)(A)(I)

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, defendant having not yet served an answer to the complaint or motion for summary judgment in the above-entitled action, plaintiff hereby dismisses the above-entitled action without prejudice.

Dated: New York, New York
         July 3, 2014

                              DUANE MORRIS LLP

                              By  /s/ Fran M. Jacobs
                                  Fran M. Jacobs
                                  Richard T. Apiscopa
                              1540 Broadway
                              New York, New York 10036
                              (212) 692-1000
                              Attorneys for Plaintiff

TO:  JONES DAY
       222 East 41st Street
       New York, NY 10017
       (212) 326-3770
       Attorneys for Defendant

So Ordered.

/s/ KMK
7/7/14

DM1\4863662.1